Anna Y. Park, SBN 164242 (CA)
Derek Li, SBN 150122 (CA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE CONVENIENCE AND AUTO/TRUCK PLAZA and DOES 1-5, Inclusive,<br><br>Defendants | Case No.: _____<br><br>**COMPLAINT – AGE DISCRIMINATION**<br><br>**JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 et seq., (the "ADEA"), to correct unlawful employment practices on the basis of age (40 and over) and to provide appropriate relief to Charging Parties, James Rex and Larry Carlberg ("Charging Parties") and similarly situated individuals, who were adversely affected by such practices.

1  Plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC" or
2  "Plaintiff"), alleges that Defendant, Timeless Investments, Inc. dba EZ Trip
3  Golden State Convenience Auto/Truck Plaza ("Defendant"), and Does 1-5
4  discriminated against Charging Parties and similarly situated individuals based on
5  their age (40 and over) by failing and/or refusing to hire them.

## JURISDICTION AND VENUE

8    1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451,
9  1331, 1337, 1343 and 1345.
10   2.   This action is authorized and instituted pursuant to Section 7(b) of
11 the ADEA, 29 U.S.C. § 626(b), which incorporates by reference sections 16(c)
12 and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 216(c)
13 and 217.
14   3.   The employment practices alleged to be unlawful were committed
15 within the jurisdiction of the United States District Court for the Eastern District
16 of California.

## PARTIES

19   4.   Plaintiff EEOC is the agency of the United States of America
20 charged with the administration, interpretation, and enforcement of the ADEA,
21 and is expressly authorized to bring this action under Section 7(b) of the ADEA,
22 29 U.S.C. § 626(b), as amended by section 2 of Reorganization Plan No. 1 of
23 1978, 92 Stat. 3781 and by Public Law 98-532 (1984) 98 Stat. 2705.
24   5.   At all relevant times, Defendants were and have continuously been
25 continuously doing business in the State of California, County of Fresno and
26 continuously have employed at least fifteen (15) employees.
27   6.   At all relevant times, Defendants have continuously been an
28 employer engaged in an industry affecting commerce within the meaning of

Sections 11(b), (g), and (h) of the ADEA, 29 U.S.C. § 630(b), (g), and (h).

7. Plaintiff is ignorant of the true names and capacities of Defendants sued as DOES 1-5, inclusive. Therefore, Plaintiff sues Defendants, DOES 1-5, inclusive by such fictitious names. Plaintiff reserves the right to amend the complaint to name the DOE defendants individually or corporately as they become known. Plaintiff alleges that each of the defendants named as DOES was in some manner responsible for the acts and omissions alleged in this Complaint and Plaintiff will amend the Complaint to allege such responsibility when the identity of Defendant is ascertained by Plaintiff.

8. All of the acts and failures to act alleged herein were duly performed by and attributable to Defendants, acting as a successor, alter ego, joint employer, integrated enterprise, agent, employee, or under the direction and control of the others, except as specifically alleged otherwise. Said acts and failures to act were within the scope of such agency and/or employment, and each Defendant participated in, approved and/or ratified the unlawful acts and omissions by other Defendants as stated in this Complaint. Whenever and wherever reference is made in this Complaint to any act by a defendant or defendants, such allegations and reference shall also be deemed to mean the acts and failures to act of each defendant acting individually, jointly, and/or severally.

9. It is further alleged on information and belief that the unnamed defendants in the Complaint are alter egos, joint employers, and/or integrated enterprises of the named Defendants.

## STATEMENT OF CLAIMS

10. More than thirty days prior to the institution of this lawsuit, each of the Charging Parties filed a charge with the EEOC alleging violations of the ADEA by Defendant(s). The EEOC issued a Letter of Determination finding Defendants in violation of the ADEA. Prior to instituting this lawsuit, the EEOC

1  investigated and attempted to eliminate the unlawful employment practices herein
2  alleged and to effect voluntary compliance with the ADEA through informal
3  methods of conciliation, conference, and persuasion within the meaning of
4  Section 7(b) of the ADEA, 29 U.S.C. § 626(b). All precedent conditions to the
5  institution of this lawsuit have been fulfilled.

6      11. Since at least July 2004, Defendants have engaged in unlawful
7  employment practices in Fresno County, State of California, in violation of
8  Section 4 of the ADEA, 29 U.S.C. § 623 by failing and/or refusing to hire
9  Charging Parties and similarly situated individuals because of their age (40 or
10 over). Both Charging Parties were in their early sixties when they submitted
11 employment applications for a cashier position to Defendants' Fresno facility and
12 were denied employment because of their age after being asked to list their age on
13 their employment applications.

14     12. The effect of the practices complained of herein has been to deprive
15 Charging Parties and similarly situated individuals of equal employment
16 opportunities because of their age (40 and over).

17     13. The unlawful employment practices complained of herein were
18 willful within the meaning of section 7(b) of the ADEA, 29 U.S.C. § 626(b).

19

20 **PRAYER FOR RELIEF**

21 Wherefore, the Commission respectfully requests that this Court:

22     A. Grant a permanent injunction enjoining each Defendant, its officers,
23 successors, assigns, and all persons in active concert or participation with it, from
24 engaging in age-based discrimination and any other employment practice which
25 discriminates on the basis of age against individuals 40 years of age and older.

26     B. Order each Defendant to institute and carry out policies, practices,
27 and programs which provide equal employment opportunities for individuals 40
28

1  years of age and older, and which eradicate the effects of its past and present
2  unlawful employment practices;
3       C.   Order each Defendant to make whole Charging Parties and similarly
4  situated individuals by providing compensation for past and future pecuniary loss,
5  including appropriate back pay, front pay, and benefits in an amount to be
6  determined at trial, an equal sum as liquidated damages, and prejudgment interest
7  on the lost pay and benefits, in amounts to be determined at trial.
8       D.   Order each Defendant to make whole persons who were over age
9  forty (40) when they applied but were not hired by providing affirmative relief
10 necessary to eradicate the effects of its unlawful practices, including but not
11 limited to, rightful employment, and if applicable, seniority.
12      E.   Order each Defendant to post and keep posted the notices required by
13 Section 8 of the ADEA, 29 U.S.C. § 626(a).
14      F.   Grant such further relief as the Court deems necessary and proper in
15 the public interest; and
16      G.   Award the Commission its costs of this action.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

## JURY TRIAL DEMAND

2  The Commission requests a jury trial on all questions of fact raised by its
3  complaint.

4
5
6                                              RONALD COOPER,
7                                              General Counsel
8                                              JAMES LEE,
9                                              Deputy General Counsel
10
                                               GWENDOLYN YOUNG REAMS,
11                                             Associate General Counsel
12
                                               U.S. EQUAL EMPLOYMENT
13                                             OPPORTUNITY COMMISSION
                                               1801 "L" Street, N.W.
14                                             Washington, D.C.  20507
15
16
17  Dated: September 29, 2008
18                                             ANNA Y. PARK
                                               Regional Attorney
19
20
21
22
23
24
25
26
27
28