Anna Y. Park, SBN 164242
Lorena Garcia, SBN 234091
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894 1108
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov
          lorena.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

H. Ty Kharazi, SBN 187894
Yarra, Kharazi, & Associates
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant
Timeless Investments, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE SHELL, DOES 1 -10, inclusive,<br><br>Defendant. | Case No.: 1:08-CV-01469 AWI-SMS<br><br>**STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>Hon. Sandra M. Snyder<br>U.S. Magistrate Judge<br><br>Old Date: Dec. 12/18/2008<br>**NEW DATE: APRIL 7, 2009**<br>**TIME: 9:15 A.M.**<br>**BEFORE: Judge Snyder** |

**TO THE HONORABLE SANDRA M. SNYDER:**

Counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Timeless Investments, Inc. dba EZ Trip Golden State Shell ("Defendant"), by and through their undersigned counsel, request that this Court continue to Mandatory Scheduling Conference, which is currently set for December 18, 2008 at 9:00 a.m. in Courtroom 7, to 30 days after the disposition of Defendant's motion to dismiss.

On or about September 30, 2008, the Court issued an Order Setting a Mandatory Scheduling Conference for December 18, 2008.  The joint scheduling report is due on December 11, 2008 and the parties must meet and confer pursuant to Rule 26(f) by November 26, 2008.

On November 17, 2008, Defendant filed a motion to dismiss pursuant to FRCP Rule 12(b)(6).  Said motion is set for a hearing before Chief District Court Judge Anthony W. Ishii on January 5, 2009 at 1:30 p.m. in Courtroom 2.

Good cause exists to continue the Mandatory Scheduling Conference to 30 days after the court has decided on Defendant's motion to dismiss.  Because Defendant has filed its motion to dismiss the complaint, the motion needs to be resolved before litigation issues such as discovery and trial are to be addressed at the Mandatory Scheduling Conference.  The parties believe that a continuance of the Mandatory Scheduling Conference is necessary in order to avoid the unnecessary expenditure of attorney's fees and conserve judicial resources.

There have been no prior requests for continuances in this case.

Accordingly, the parties request that this Court continue the Mandatory Scheduling Conference, which is currently set for December 18, 2008, to 30 days after the disposition on Defendant's motion to dismiss, or to a date thereafter that is convenient for this Court.  Parties respectfully request that the court notify them of the scheduling conference date concurrent with

the court's decision on the motion to dismiss.

**SO STIPULATED.**

                                            Respectfully submitted,

                                            **U.S. EQUAL EMPLOYMENT**
                                            **OPPORTUNITY COMMISSION**

Date: November 25, 2008        By:     //s//  LORENA GRACIA, ES.
                                                      Anna Y. Park
                                                      Lorena Garcia
                                                      Amrita Mallik
                                                     Attorneys for Plaintiff U.S. EEOC

                                          **YARRA, KHARAZI, & ASSOCIATES**

Date: November  25, 2008       By:     //s//  H. Ty Kharazi
                                                      H. Ty Kharazi
                                                     Attorneys for Defendant
                                                   Timeless Investments, Inc., et al.

## ORDER

It is hereby ordered that the current scheduling conference in the matter set for December 18, 2008 to be vacated.  New Scheduling Conference hearing date is set for April 7, 2009 at 9:15 A.M. before Judge Snyder.  A JOINT Scheduling Conference Report carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, in full compliance with the requirements set forth in, **ORDER SETTING MANDATORY SCHEDULING CONFERENCE** Exhibit "A", **one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format, to smsorders@caed.uscourts.gov.**

IT IS SO ORDERED.

**Dated:   December 4, 2008**            /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE