Anna Y. Park, SBN 164242
Lorena Garcia-Bautista, SBN 234091
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
        lorena.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

H. Ty Kharazi, SBN 187894
Yarra, Kharazi, & Associates
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant
Timeless Investments, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE SHELL, DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 1:08-CV-01469 AWI (SMS)<br><br>**STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF AND SUBSEQUENT PRETRIAL AND TRIAL DATES; AND ORDER**<br><br>Hon. Sandra M. Snyder<br>U.S. Magistrate Judge<br><br>Upcoming Pretrial Dates<br>Discovery Cut-Off: October 23, 2009<br>Pre-Trial Conference: February 2, 2010<br>Trial: March 23, 2010 |

1:08-CV-01469 AWI (SMS)- Stipulation to Continue the Discovery Cut-Off and Subsequent Pretrial and Trial Dates

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE HONORABLE SANDRA M. SNYDER:**

Counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Timeless Investments, Inc. dba EZ Trip Golden State Shell ("Defendant"), by and through their undersigned counsel, request that this Court continue the discovery cut-off and subsequent pretrial and trial dates for 120 days, or to dates thereafter that are convenient for this Court.

On September 29, 2008, the EEOC filed the instant action alleging that Defendant discriminated against Charging Parties and similarly situated individuals based on their age (40 and over) by failing and/or refusing to hire them. in violation of Section 4 of the ADEA.  The current discovery cut-off is October 23, 2009.  Good cause exists to continue the discovery cut-off and subsequent pretrial and trial dates for 120 days or to dates thereafter that are convenient for this Court so that the parties can complete necessary discovery.

The EEOC has diligently engaged in the discovery process.  The EEOC has propounded written discovery on Defendant and has taken four depositions.

A continuance is necessary in part to complete several key depositions, including the deposition of Harry Rafaelyan, who is Defendant's former manager and the person who made the hiring decisions on behalf of Defendant.  On July 8, 2009, this Court ordered defense counsel to set the deposition of Harry Rafaelyan as soon as possible.  After defense counsel conferred with the deponent as to his availability, the parties set Mr. Rafaelyan's deposition for August 7, 2009 at 9:00 a.m. for a whole day.  However, Mr. Rafaelyan appeared for his deposition on August 7th at approximately 11:45 a.m. and was only available until 2:00 p.m.  Mr. Rafaelyan represented that he would make himself available for the continuation of his deposition in September.  After confirmation of Mr. Rafaelyan's availability through defense counsel, the EEOC noticed Mr. Rafaelyan's deposition for September 19th.  On September 18th, the EEOC received notice from defense

counsel that Mr. Rafaelyan would not be appearing for his deposition on September 19th because he was out of state.  Thus, the EEOC needs to reschedule a new date for Mr. Rafaelyan's deposition.  Besides completing Mr. Rafaelyan's deposition, the EEOC still needs to take several other depositions, including but not limited to one in Arizona and another in Sacramento.

To complete the above discovery, a continuance of the discovery deadline is necessary because defense counsel is not available for full day depositions until October 14, 2009 and currently has trials scheduled for April 13, April 27, May 3, May 24, and will be on vacation from June 20-July 5, 2010.  The EEOC's counsel is also scheduled to start a two-three weeks trial on August 23, 2010.  Thus, to accommodate the parties' schedule, the parties request for a 120 days extension of the discovery cut-off, which then requires a similar continuance of the other pretrial and trial dates.  There has been no prior request for continuance of the discovery cut-off and related dates in this case.

Accordingly, the parties hereby stipulate and request an Order granting a 120-days continuance of the discovery cut-off and related dates as described below or to dates thereafter that are convenient to the Court:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Non-expert Discovery Cut-Off | October 23, 2009 | February 26, 2010 |
| Expert Disclosure | October 30, 2009 | March 5, 2010 |
| Supplemental Expert Disclosure | November 13, 2009 | March 19, 2010 |
| Expert Discovery Cut-Off | December 4, 2009 | April 9, 2010 |
| Non-Dispositive Motion Filing Deadline | December 18, 2009 | April 23, 2010 |

1:08-CV-01469 AWI (SMS)- Stipulation to Continue the Discovery Cut-Off and Subsequent Pretrial and Trial Dates

-3-

PDF created with pdfFactory trial version www.pdffactory.com

| Dispositive Motion Filing Deadline | December 18, 2009 | April 23, 2010 |
| --- | --- | --- |
| Pre-Trial Conference | February 2, 2010 | July 27, 2010 |
| Trial Date | March 23, 2010 | October 5, 2010 |

**SO STIPULATED.**

                                        Respectfully submitted,

                                        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: October 2, 2009                By:     /s/ Lorena Garcia-Bautista
                                                      Anna Y. Park
                                                        Lorena Garcia-Bautista
                                                       Amrita Mallik
                                                       Attorneys for Plaintiff U.S. EEOC

                                        YARRA, KHARAZI, & ASSOCIATES

Date: October 2, 2009                By:     /s/ H. Ty Kharazi
                                                        H. Ty Kharazi
                                                       Attorney for Defendant
                                                       Timeless Investments, Inc., et al.

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the current scheduling conference order in the matter to be vacated.  The New Scheduling Conference Order is as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Non-expert Discovery Cut-Off | October 23, 2009 | February 26, 2010 |
| Expert Disclosure | October 30, 2009 | March 5, 2010 |
| Supplemental Expert Disclosure | November 13, 2009 | March 19, 2010 |
| Expert Discovery Cut-Off | December 4, 2009 | April 9, 2010 |
| Non-Dispositive Motion Filing Deadline | December 18, 2009 | April 23, 2010 |
| Dispositive Motion Filing Deadline | December 18, 2009 | April 23, 2010 |
| Pre-Trial Conference | February 2, 2010 | July 27, 2010 at 8:30a.m. before Judge Ishii |
| Trial Date | March 23, 2010 | October 5, 2010 at 8:30a.m. before Judge Ishii |

Dated:   October 7, 2009              /s/ Sandra M. Snyder
                                    Hon. Sandra M. Snyder
                                    United States Magistrate Judge

Respectfully submitted,

U.S. EQUAL EMPLOYMENT

1:08-CV-01469 AWI (SMS)- Stipulation to Continue the Discovery Cut-Off and Subsequent Pretrial and Trial Dates

-5-

PDF created with pdfFactory trial version www.pdffactory.com

OPPORTUNITY COMMISSION

Date: October 5, 2009          By:      /s/ Lorena Garcia-Bautista

                              Lorena Garcia-Bautista
                              Attorneys for Plaintiff EEOC

## DECLARATION OF MAILING

I am and was at the time the herein mentioned mailing took place, a citizen of the United States over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF AND SUBSEQUENT PRETRIAL AND TRIAL DATES AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF AND SUBSEQUENT PRETRIAL AND TRIAL DATES; POS** via e-mail to the following:

H. Ty Kharazi, Esq.

E-Mail Address: tkharazi@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2009 at Los Angeles, California.

     /s/ Lorena Garcia-Bautista
Lorena Garcia-Bautista

PDF created with pdfFactory trial version www.pdffactory.com