IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE CONVENIENCE AND AUTO/TRUCK PLAZA, and DOES 1-5, inclusive,<br><br>Defendant. | 1:08-cv-1469  AWI SMS<br><br>ORDER RESETTING JUNE 28, 2010 HEARING TO JULY 26, 2010 |

    Currently pending before this Court is Defendant's motion for summary judgment.  This motion is set for hearing on June 28, 2010, at 1:30 p.m.  Also pending is Plaintiffs' motion for summary judgment, which is set for hearing on July 26, 2010.  The Court believes that it is appropriate to hear both motions on the same date and therefore, will move the hearing on Defendant's motion.

    Accordingly, IT IS HEREBY ORDERED that the June 28, 2010, hearing on Defendant's motion for summary judgment is VACATED and the matter is RESET to July 26, 2010, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  June 24, 2010

                                              CHIEF UNITED STATES DISTRICT JUDGE