# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE CONVENIENCE AND AUTO/TRUCK PLAZA, and DOES 1-5, inclusive,<br><br>Defendant. | 1:08-cv-1469 AWI SMS<br><br>ORDER VACATING JULY 26, 2010, HEARING DATE AND TAKING MATTERS UNDER SUBMISSION |

Currently pending before the Court is Defendant's motion for summary judgment and Plaintiff's motion for summary judgment. Both motions are set for hearing on July 26, 2010. The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 26, 2010, is VACATED, and the parties shall not appear at that time. As of July 26, 2010, the Court will take the summary judgment motions under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 22, 2010                                    _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE