Anna Y. Park, SBN 164242
Lorena Garcia-Bautista, SBN 234091
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
        lorena.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

H. Ty Kharazi, SBN 187894
Yarra, Kharazi, & Associates
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant
Timeless Investments, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE SHELL, DOES 1 -10, inclusive,<br><br>Defendant. | Case No.: 1:08-CV-01469 AWI (SMS)<br><br>**STIPULATION TO CONTINUE THE DUE DATE OF THE CONSENT DECREE; ORDER THEREON**<br><br>Hon. Sandra M. Snyder<br>U.S. Magistrate Judge |

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE HONORABLE SANDRA M. SNYDER:**

      Counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Timeless Investments, Inc. dba EZ Trip Golden State Shell ("Defendant"), by and through their undersigned counsels, request that this Court continue the due date of the consent decree from September 24, 2010 to October 22, 2010.  On August 31, 2010, the parties appeared before this Court for a settlement conference and settled the case.  Part the settlement includes the filing of a Consent Decree.  The Court ordered the parties to submit the Consent Decree by September 24, 2010.

      All parties are working diligently towards finalizing the Consent Decree. The parties made significant progress towards finalizing the remaining terms of the Consent Decree but there are a few remaining details which require more time than anticipated to work out.  Because of the attorney's respective schedules, we can't schedule a conference call until October 1, 2010 to work out the details.  The parties anticipate that the details can be worked out in 30 days.  Therefore, the parties are asking for a 30 day extension from September 24, 2010 to October 22, 2010 to file the Consent Decree.

      SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted,<br>U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION |
| Date:  September 23, 2010 | By:  /s/ Lorena Garcia-Bautista<br>Anna Y. Park<br>Lorena Garcia-Bautista<br>Amrita Mallik<br>Attorneys for Plaintiff U.S. EEOC |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | YARRA, KHARAZI, & ASSOCIATES |
| Date:  September 23, 2010 | By:   /s/ H. Ty Kharazi<br>H. Ty Kharazi<br>Attorney for Defendant<br>Timeless Investments, Inc., et al. |

## ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit the Consent Decree by October 22, 2010.

| | |
|---|---|
| Dated: 9/24/2010 | /s/ SANDRA M. SNYDER<br>Honorable Sandra M. Snyder<br>United States Magistrate Judge |