H. Ty Kharazi, SBN 187894
YARRA, KHARAZI & ASSOCIATES
1250 Fulton Mall,
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant
Timeless Investments, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE SHELL, DOES 1 -10, inclusive,<br><br>Defendant. | Case No.: 1:08-CV-01469 AWI (SMS)<br><br>**STIPULATION TO CONTINUE THE DUE DATE OF THE CONSENT DECREE; AND ORDER**<br><br>Hon. Sandra M. Snyder<br>U.S. Magistrate Judge |

**TO THE HONORABLE SANDRA M. SNYDER:**

Counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Timeless Investments, Inc. dba EZ Trip Golden State Shell ("Defendant"), by and through their undersigned counsels, request that this Court continue the due date of the consent decree from October 22, 2010 to forty-five to fifty (45-50) days.

PDF created with pdfFactory trial version www.pdffactory.com

On August 31, 2010, the parties appeared before this Court for a settlement conference and settled the case. A part the settlement includes the filing of a Consent Decree ("Decree"). The Court ordered the parties to submit the Decree by October 22, 2010.

The parties are working diligently towards finalizing the Decree. A second draft of the Decree was distributed by the EEOC to Defendant on or about October 12, 2010. According to Defendant's counsel, he was engaged in a jury trial during October 8-15th at Fresno County Superior Court. Therefore, Defendant's counsel was unable to review the Decree until October 18th because of his trial schedule.

On October 18, 2010 a set of revisions were proposed by Defense to the Plaintiff. The parties are very close.

After taking into consideration the counsels' schedule and the issues to be resolved, the parties jointly and respectively ask for an additional forty-five to fifty (45-50) days to complete this work. The parties anticipate that the details can be worked out within that time frame and the Decree will be filed.

Therefore, the parties are asking for an extension from October 22, 2010 to forty-five to fifty (45-50) days to file the Consent Decree.

SO STIPULATED.

Respectfully submitted,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: October _19_, 2010        By: /s/ Lorena Garcia-Bautista
                                    _____
                                    Anna Y. Park
                                    Lorena Garcia-Bautista
                                    Amrita Mallik
                                    Attorneys for Plaintiff U.S. EEOC

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
|  | YARRA, KHARAZI, & ASSOCIATES |
|  | /s/ H. Ty Kharazi |
| Date: October 19 , 2010 | By: _____ |
|  | H. Ty Kharazi |
|  | Attorney for Defendant |
|  | Timeless Investments, Inc., et al. |

## **ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit the Consent Decree by on or before **December 13 , 2010**.

Dated:  October 20, 2010            /s/ Sandra M. Snyder

UNITED STATES MAGISTRATE JUDGE

YARRA, KHARAZI & ASSOCIATES
1250 Fulton Mall
Fresno, CA 93721

3

PDF created with pdfFactory trial version www.pdffactory.com