Anna Y. Park, SBN 164242
Lorena Garcia-Bautista, SBN 234091
Amrita Mallik, SBN 249152
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
         lorena.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

H. Ty Kharazi, SBN 187894
YARRA, KHARAZI & ASSOCIATES
1250 Fulton Mall,
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant
Timeless Investments, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMELESS INVESTMENTS, INC. dba EZ TRIP GOLDEN STATE SHELL, DOES 1 -10, inclusive,<br><br>Defendant. | Case No.: 1:08-CV-01469 AWI (SMS)<br><br>**STIPULATION TO CONTINUE THE DUE DATE OF THE CONSENT DECREE; ORDER**<br><br>Hon. Sandra M. Snyder<br>U.S. Magistrate Judge |

1

STIPULATION TO CONTINUE DUE DATE OF CONSENT DECREE; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE HONORABLE SANDRA M. SNYDER:**

Counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Timeless Investments, Inc. dba EZ Trip Golden State Shell ("Defendant"), by and through their undersigned counsels, request that this Court continue the due date of the consent decree from December 13, 2010 to January 10, 2011.

On August 31, 2010, the parties appeared before this Court for a settlement conference and settled the case. A part the settlement includes the filing of a Consent Decree ("Decree"). The Court has previously granted the parties requests for an extension to file the Decree and ordered the parties to submit the Decree by December 13, 2010.

The parties are working diligently towards finalizing the Decree and have only one outstanding issue with respect to the Decree. Due to the upcoming holidays, the parties jointly and respectively ask for an extension from December 13, 2010 to January 10, 2011 to file the Consent Decree.

SO STIPULATED.

Respectfully submitted,<br>
U.S. EQUAL EMPLOYMENT<br>
OPPORTUNITY COMMISSION

Date: December 13, 2010        By:    /s/ Lorena Garcia- Bautista
                                      Anna Y. Park
                                      Lorena Garcia-Bautista
                                      Amrita Mallik
                                      Attorneys for Plaintiff U.S. EEOC

                                      YARRA, KHARAZI, & ASSOCIATES

Date: December 13, 2010        By:    /s/ H. Ty Kharazi
                                      H. Ty Kharazi
                                      Attorney for Defendant
                                      Timeless Investments, Inc., et al.

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the parties must submit the Consent Decree by on or before February 1, 2011.

**IT IS SO ORDERED.**

**Dated: December 17, 2010**          /s/ Sandra M. Snyder
                                      **UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com